GEORGE BOCKHAUS, Appellant, *v.* INTERBOROUGH RAPID
TRANSIT COMPANY, Respondent.

*Bockhaus* v. *Interborough Rapid Transit Co.*, 167 App. Div. 927,
affirmed.

(Argued April 17, 1917; decided May 1, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1915, which affirmed an order of the court at Trial Term denying a motion to set aside an order dismissing the complaint and for a new trial in an action to recover damages for personal injuries sustained by the plaintiff as a result of being thrown from a subway train to the tracks below. He was precipitated over the chains connecting two cars, while he was passing from one car to another, by a violent lurch of the train.

The following questions were certified: " I. Did the evidence present a question as to the defendant's negligence for the determination of the jury ? II. Was the evidence such as to permit the jury to find the plaintiff free from contributory negligence ? "

*William Montague Geer, Jr.*, for appellant.

*B. H. Ames* and *James L. Quackenbush* for respondent.

Order affirmed, with costs; first question certified answered in the negative; second question not answered; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.